UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS DIMASSIMO <br><br> Defendant. | Case No. 3:16 cr 037 <br><br> **INFORMATION** <br><br> 18 U. S. C. § 1752(a)(1) |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

On or about March 12, 2016, in the Southern District of Ohio, the Defendant, THOMAS DIMASSIMO, did knowingly enter and remain in a restricted building and on grounds located at Wright Bros. Aero, 3700 McCauley Drive, Vandalia, Ohio, which was then a posted, cordoned off and otherwise restricted area where a person protected by the Secret Service was temporarily visiting, without lawful authority to do so.

In violation of Title 18, United States Code, Section 1752(a)(1).

Respectfully submitted,

BENJAMIN C. GLASSMAN
Acting United States Attorney

LAURA I. CLEMMENS
Dayton Branch Chief