### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**  **CASE NO.   3:16 CR 37**

    Plaintiff,  **JUDGE OVINGTON**

vs.

**THOMAS DIMASSIMO**  **NOTICE OF APPEARANCE**

    Defendant.

_____

    Now comes **JON PAUL RION**, of **RION, RION & RION, L.P.A., INC.,** to make his notice of appearance for the Defendant, **THOMAS DIMASSIMO,** in the above-captioned matter.

    Respectfully submitted,

    *S/ JON PAUL RION*
    **JON PAUL RION (#0067020**)
    **RION, RION & RION, L.P.A., INC.**
    Suite 2150
    130 West Second Street
    P. O. Box 10126
    Dayton, Ohio    45402
    (937) 223-9133

rk

## **CERTIFICATE OF SERVICE**

  I, the undersigned, do hereby certify that a copy of the foregoing was sent to the Office of the United States Attorney on the same day of filing.

            *S/ JON PAUL RION*
            **JON PAUL RION**
            **RION, RION & RION, L.P.A., INC.**

rk