# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:16 CR 37** |
| Plaintiff, | **MAGISTRATE JUDGE OVINGTON** |
| vs. | |
| **THOMAS DIMASSIMO** | **MOTION TO TRAVEL** |
| Defendant. | |

_____

    Now comes the Defendant, **THOMAS DIMASSIMO,** by and though his attorneys, **RION, RION & RION, L.P.A., INC.**, and hereby respectfully moves this Honorable Court for an Order modifying his bond conditions allowing him to travel to Georgia on Thursday, March 25, 2016 and return to Ohio on Sunday, March 27, 2016.

    The U.S. Attorney has been contacted and does not oppose said travel.

    Respectfully submitted,

**S/Jon Paul Rion**
**JON PAUL RION (#0067020)**
**RION, RION & RION, L.P.A., INC.**
Suite 2150
130 West Second Street
P.O. Box 10126
Dayton, Ohio 45402
(937) 223-9133

## **CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that a copy of the foregoing was electronically sent to the office of the U.S. Attorney on the same day of filing.

                                         **S/Jon Paul Rion**
                                         **JON PAUL RION**
                                         **RION, RION & RION, L.P.A., INC.**