IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
16 NOV 17 AM 9: 30
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 3:16-CR-37 |
| THOMAS DIMASSIMO | ) | |
| | ) | JUDGE SHARON L. OVINGTON |

## ORDER TERMINATING PROBATION

The defendant began his term of probation on 7/26/2016 for a period of one (1) year. Based on the recommendation of the U.S. Probation Officer, no objection from the U.S. Attorney's Office, and for good cause shown, it is hereby ordered that the defendant is discharged from Probation and that the court proceedings be terminated.

Dated this 17th day of Nov

Sharon L. Ovington
Chief U.S. Magistrate Judge

CC:   Jon Paul Rion, counsel for defendant
      Brent Tabacci, AUSA